AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendant Michael Solan

was received by me on *(date)* OCT 4 2010

☐ I personally served the summons on the individual at *(place)* 7214 Woodmar Avenue, Hammond, IN 46320
Certified Mail, Return Receipt Requested on *(date)* OCT 5 2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: OCT 5 2010

*Server's signature*

Mitchell A. Peters, #6560-45, Atty for Plaintiff
*Printed name and title*

8927 Broadway
Merrillville, IN 46410
Telephone: (219) 769-0783
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Michael Solan
7214 Woodmar Avenue
Street, Apt. Hammond, IN 46320
or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006   See Reverse for Instructions

7007 3020 0003 2615 3517

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Solan
   7214 Woodmar Avenue
   Hammond, IN 46320

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Michael Solan*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered   ■ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 3020 0003 2615 3517

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540