| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | | DUE DATE: |

## TRANSCRIPT ORDER

| 1. NAME<br>David C. Jensen | 2. PHONE NUMBER<br>(219) 931-0560 | 3. DATE<br>3/7/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>2929 Carlson Drive, Suite 100 | 5. CITY<br>Hammond | 6. STATE<br>IN | 7. ZIP CODE<br>46323 |
| 8. CASE NUMBER<br>2:10-cv-393-TLS | 9. JUDGE<br>Theresa Springmann | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/24/2022 | 11. TO 11/22/2023 |
| 12. CASE NAME<br>James Hill v. City of Hammond and Michael Solan | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hammond | 14. STATE IN |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | 11/7/2022 | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | 11/8/2022 | All witnesses - see attached | |
| [X] OPENING STATEMENT (Defendant) | 11/8/2022 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 11/22/2022 | [X] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | 11/22/2022 | hearing transcripts | 10/24/22, 10/31/22, 11/4/22 |
| [X] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | | [X] OTHER (Specify) All in-trial and post verdict proceedings | 11/7/22 - 11/22/22 |
| [X] 10/24/22 hearing | 10/24/22 hearing | | |
| [X] 10/31/22 and 11/4/22 hearings | 10/31/22 and 11/4/22 | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| 18. SIGNATURE<br>*[signature]* | | | PROCESSED BY | |
| 19. DATE<br>3/7/2023 | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Indiana__

James Hill
V.
City of Hammond and Michael Solan

**EXHIBIT AND WITNESS LIST**

Case Number: 2:10-cv-393

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Theresa L. Springmann | S.King, L.Murdaugh, R.Brown | D.Levinson, S.Levinson, D. Jenson, R.Feldt |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/7/22-11/10/22, 11/17-11/18,11/21-11/22 | Angela Phipps | Rosa Shumylo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/8/22 |  |  | Michael Solan Sr.-Witness |
| 1 |  |  | x | x | Hammond Police-Detective's Supplementary Report                *with redactions |
| 2 |  |  | x | x | Hammond Polie-Detective's Supplementary report (no case #)           *with redactions |
| 5 |  |  | x |  | Hammond Polie-Detective's Supplementary report (lisa janes investigaton) |
|  |  | 11/9/22 |  |  |  |
|  | 1 |  | x |  | Michael Solan deposition |
|  | H20 |  | x | x | photo-Michael Deneal |
|  | D3 |  | x | x | photo from transcript-James Hill (admitted during criminal trial) |
|  |  |  |  |  | Thomas Vanes-Witness |
| 7 |  |  | x |  | Michael Solan deposition |
|  | 2 |  | x | x | letter from David Snyder |
| 8 |  |  | x | x | report-Polygraph                           *with redactions |
|  |  |  |  |  | Frank DuPey -reading of prior testimony |
| 67 |  |  | x | x | from previous hearing transcript- Rules and Regulation |
|  |  | 11/17/22 |  |  |  |
| 15A |  |  | x | x | Vol I- 2/8/1982 criminal trial transcript |
|  |  |  |  |  | Lisa Jaynes-reading criminal trial testimony |
|  |  |  |  |  | Ronald Lach-reading criminal trial testimony |
|  |  |  |  |  | James Fedorchak-reading criminal trial testimony |
|  |  |  |  |  | Louis Seneese-reading criminal trial testimony |
| 15B |  |  | x | x | Vol II- 2/8/1982 criminal trial transcript |
|  |  |  |  |  | Arthur Ezell-reading criminal trial testimony |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | James Hill | | vs. | City of Hammond and Michael Solan | CASE NO. 2:10-CV-393 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 11/17/22 | | | Don Green-reading criminal trial testimony | |
| | | | | | Gregory Smith-reading criminal trial testimony | |
| | | | | | Kennedy Hannah-reading criminal trial testimony | |
| | | | | | James Hill-reading criminal trial testimony | |
| | | 11/18/22 | | | | |
| 13 | | | x | | Certified of CCS rerport  **OFFER OF PROOF | |
| 14 | | | x | | Finding of fact and conclusion of law-10/6/09  **OFFER OF PROOF | |
| 14A | | | x | | Redacted Finding of fact and conclusion of law-10/6/09  **OFFER OF PROOF | |
| | | | | | James Hill-Witness | |
| 9 | | | x | x | Lakeside School Certificate of Achievement | |
| 10 | | | x | x | High School Equivalency Certificate | |
| 11 | | | x | x | Certificate of Achievement -Business Education program | |
| 16 | | | x | | Vol 1 of March 30, 2009 hearing pages 30-31 | |
| | | | | | Larry Furnas-Witness | |
| | H1A | | x | x | Personnel & Training   1980 Annual Report | |
| | H1B | | x | x | Personnel & Training   1966 Annual Report | |
| | | 11/21/22 | | | | |
| | | | | | Richard Hanna-reading criminal trial testimony | |
| | C-1A | | x | x | picture of car (from testimony of criminal trial) | |
| | | | | | Charles Mak-reading of criminal trial testimony | |
| | D-3C | | x | x | -picture of line up (from testimony of criminal trial) | |
| | | | | | Robert Townsell-reading criminal trial testimony | |
| | D-3A | | x | x | line up photos (from testimony of criminal trial) | |
| | D-3B | | x | x | line up photos (from testimony of criminal trial) | |
| | | | | | Bertha Allen-reading criminal trial testimony | |
| | C-1B | | x | x | police reports (from testimony of criminal trial) | |
| | | | | | Lindsay Gay-reading criminal trial testimony | |
| | C1-D | | x | x | verdict forms (from testimony of criminal trial | |

Page   2   of   3   Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | | James Hill | | vs. | City of Hammond and Michael Solan | CASE NO. 2:10-CV-393 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | C-1C | | x | x | police reports (from testimony of criminal trial) | |
| | D19 | | x | x | Rules and Regulations | |